GT GreenbergTraurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/14/2026

**APPLICATION GRANTED:** The Initial Conference set for 7/21/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, September 17, 2026, at 12:00 p.m.**

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
07/14/2026

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

July 13, 2026

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Bishop v. Tigi Linea Corp. (1:26-cv-03304) (VSB) (KHP)**
**Request for Adjournment of Initial Case Management Conference**

Dear Judge Parker:

We represent Tigi Linea Corp. ("Defendant") in the above-referenced matter. On behalf of Defendant, and with the consent of plaintiff Cedric Bishop ("Plaintiff"), we respectfully request a 30-day adjournment of the Initial Case Management Conference and the related pre-conference filing.

An adjournment is requested for several reasons. Initially, Defendant's response to the Complaint is not due until after the scheduled conference and Defendant is in the process of determining how it will proceed in this action. Moreover, the parties have commenced discussions regarding the claims and desire an opportunity to conclude their discussions prior to appearing in Court. Finally, I am currently on parental leave and in the process of determining when I will be returning from my leave of absence.

This application is Defendant's first request for an adjournment. The Initial Case Management Conference is scheduled to take place on July 21, 2026. If granted, it would take place on or after August 20, 2026. The requested adjournment would not affect any other scheduled dates.

We thank the Court for its consideration of our request.

Respectfully submitted,
*/s/ Jason B. Jendrewski*
Jason B. Jendrewski
Shareholder

cc: Jeffrey M. Gottlieb, Esq. (*via* ECF)
Michael A. LaBollita, Esq. (*via* ECF)