USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CEDRIC BISHOP,

Plaintiff,

-against-

TIGI LINEA CORP.,

Defendant.

-----------------------------------------------------------------X

**26-CV-3304 (VSB) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on July 24, 2026 (doc. no 13) the Initial Case Management Conference currently scheduled for **September 17, 2026,** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
July 27, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge